# United States District Court
### Eastern District of North Carolina
### Western Division



**Case No.** 5:24-CT-3280-BO

(To be filled out by Clerk's Office only)

RICHARD TOLBERT

_____

Inmate Number 17190-089

*(In the space above enter the full name(s) of the plaintiff(s).)*

# COMPLAINT

-against-

*(Pro Se* Prisoner)

DR. PATRICK CRAFT

_____

Jury Demand?
☑ Yes
☐ No

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

Case 5:24-ct-03280-D-RJ    Document 6    Filed 12/16/24    Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

RICHARD TOLBERT

Name

17190-089

Prisoner ID #

FEDERAL MEDICAL CENTER-BUTNER (FMC-BUTNER)

Place of Detention

P.O. BOX 1600

Institutional Address

| BUTNER | NC | 27509 |
|---|---|---|
| City | State | Zip Code |

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☑ Federal
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: DR. PATRICK CRAFT

Name

MEDICAL DOCTOR AT FEDERAL CORRECTIONAL-II

Current Job Title

P.O. BOX 1500

Current Work Address

| BUTNER | NC | 27509 |
|---|---|---|
| City | State | Zip Code |

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: N/A

Name

N/A

Current Job Title

N/A

Current Work Address

| | | |
|---|---|---|
| City | State | Zip Code |

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3:      N/A
Name

     N/A
Current Job Title

     N/A
Current Work Address

     N/A
City                        State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4:      N/A
Name

     N/A
Current Job Title

     N/A
Current Work Address

     N/A
City                        State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:   FEDERAL CORRECTIONAL INSTITUTION- II

Date(s) of occurrence:   ON OR ABOUT JULY 2021 THRU MARCH 2023

State which of your federal constitutional or federal statutory rights have been violated:

FBOP FAILURE TO PROTECT AND CRUEL AND UNUSUAL PUNISHMENT
EIGHTH AMENDMENT VIOLATION UNDER THE U.S. CONSTITUTION.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

WHEN MR. TOLBERT ARRIVED AT FCI-II, HE HAD A STANDING ORDER TO RECEIVE ANTI-BIOTICS. HOWEVER DR. CRAFT DISCONTINUED THAT ORDER. THIS CAUSED TOLBERT CHRONIC MULTIFOCAL OSTEOMYELITIS OF RIGHT TIBIA TO SPREAD FROM HIS LEG INTO HIS BLOOD STREAM CAUSING HIM TO SUFFER WITH ACUTE KIDNEY FAILURE. CONSEQUENTLY, TOLBERT NEEDED TO BE RUSHED TO DUKE UNIVERSITY MEDICAL CENTER WHERE HE WAS PUT ON IV ANTI-BIOTICS TO STOP THE SPREAD OF THE INFECTION. HE WAS ADMITTED INTO THE HOSPITAL  WHERE HE UNDER WENT SURGERY TO REMOVE THE INFECTION FROM HIS RIGHT TIBIA. AS A RESULT OF THAT SURGERY,  HIS LEG

WAS PLACED IN A SPECIALIZED MEDAL BRACE (SEE MEDICAL RECORDS). TOLBERT HAS ENCLOSED A PHOTOGRAPH OF THE BRACE THAT IS CURRENTLY ON HIS RIGHT LEG. HAD DR. CRAFT GIVEN HIM THE ANTI-BIOTIC THAT WAS ORDERED BY THE SURGEONS, NONE OF THIS WOULD HAVE OCCURED. THE COURT MAY DEEM DR. CRAFT'S ACTIONS MORE THAN MERE NEGLIGENCE BUT RATHER A DELIBERATE ACT TO CAUSE HIM INJURY.

Page 5 of 10

**What happened to you?**

When Mr. Tolbert was transferred to FCI-II, he had an standing order for Anti-Biotics that was prescibed by the surgeons. Dr. Craft refused to continue that order knowing it would cause irrepairable injury.

**When did it happen to you?**

Mr. Tolbert was denied Anti-Biotics the entire year of 2023. Actually, he was denied Anti-Biotics From 2021 thru 2023. The injury took place in 2023.

**Where did it happen to you?**

Federal Correctional Institution - Butner (FCI-II)

**What was your injury?**

Acute Kindey Failure due to the spread of Chronic Multifocal Osteomyelitis of his right tibia. Surgical Debrievement and the placement of medal braces on the exterior lower right leg with medal pins going into the the bone to stabilize it. And unimaginable pain.

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?     ☑ Yes     ☐ No

> If no, explain why not:

Is the grievance process completed?     ☑ Yes     ☐ No

> If no, explain why not:

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Nominal Damages, Compensentory Damages, and Punitive Damages. And any other relief the Court deems appropriate.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☑ No

If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N/A

## IX.  PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

December 4th, 2024

Dated

Plaintiff's Signature

Richard Tolbert

Printed Name

17190-089

Prison Identification #

FMC-Butner P.O. Box 1600 | Butner | NC | 27509

Prison Address | City | State | Zip Code